Carla SCOTT, et al.

v.

JOHN T. CYR & SONS, et al.

Supreme Judicial Court of Maine.

Argued March 30, 1995.

Decided June 19, 1995.

Wayne P. Doane (orally), Cuddy & Lanham, Bangor, for plaintiff.

Thad B. Zmistowski (orally), Eaton, Peabody, Bradford & Veague, P.A., Bangor, for defendants.

Before WATHEN, C.J., and ROBERTS, GLASSMAN, CLIFFORD, RUDMAN, DANA, and LIPEZ, JJ.

LIPEZ, Justice.

Carla Scott, Tamara Smith and Linda Blish appeal from the entry in the Superior Court (Penobscot County, *Browne, A.R.J.*) of a judgment as a matter of law for John T. Cyr & Sons on the plaintiffs' complaint alleging a breach of an implied covenant of good faith and fair dealing. We have consistently refused to recognize such an implied covenant in employment contracts of indefinite duration. We declined an invitation to modify that position in *Bard v. Bath Iron Works,* 590 A.2d 152 (Me.1991). We decline that invitation again.

The entry is:

Judgment affirmed.

All concurring.